WWR #05953888

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS (MCALLEN DIVISION)

| | |
|---|---|
| QINGDAO HISENSE IMPORT & EXPORT CO., LTD., | CASE NO.: |
| | JUDGE: |
| Petitioner, | |
| vs. | |
| PROGRESSIVE TELECOM, INC., dba PROGRESSIVE TELECOMMUNICATIONS, INC., | ***PETITIONER'S CORPORATE DISCLOSURE STATEMENT*** |
| Respondent. | |

Petitioner Qingdao Hisense Import & Export Co., Ltd. (hereinafter "Petitioner") hereby submits its Corporate Disclosure Statement pursuant to Fed.R.Civ.P. 7.1(a):

Petitioner is a governmental-owned corporate entity. Petitioner's parent corporation is Hisense Group, Ltd. No other publicly held corporations own 10% or more of Petitioner's stock.

Respectfully submitted,

BAKER & HOSTETLER

/s/ C. Thomas Kruse
C. THOMAS KRUSE, ESQ.
*Local Counsel for Plaintiff*
1000 Louisiana
Suite 2000
Houston, TX 77002-5009
Tel: (713) 646-1365
Fax: (713) 751-1717
E-mail: tkruse@bakerlaw.com