• AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | DEC. 4, 2007 |
| NAME OF SERVER *(PRINT)* LEONARA J. MULLAR | TITLE CIVIL PROCESS SERVER TEXAS |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant   Place where served: _____

    _____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

    Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

    _____

    ☒  Other (specify): LEFT COPIES WITH "SANTIAGO" (NLN) EMPLOYEE OF ART ALANIZ, PRESIDENT/DIRECTOR PROGRESSIVE TELECOM INS NOW DBA JENKO ELECTRONICS 1702 S HWY 336 McALLEN TX AS DIRECTED BY THOMAS KRUSE ESQ.

## STATEMENT OF SERVICE FEES

| TRAVEL $20.00 | SERVICES $95.00 | TOTAL $115.00 |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on DEC 4, 2007
2:36 PM

Signature of Server

222 HIBISCUS COURT
BROWNSVILLE, TX 78520
*Address of Server*

United States District Court
Southern District of Texas
FILED

DEC - 5 2007

Michael N. Milby
Clerk of Court

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern                    District of                    Texas

Qingdao Hisense Import & Export Co.,

V

Progressive Telecom, Inc.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   7:07-cv-00297

TO: (Name and address of Defendant)

Progressive Telecom, Inc.
c/o Registered Agent Frank G Herrera,
1710 South 28th Avenue
Edinburg, TX 78539

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

C. Thomas Kruse, Esq.
Baker & Hostetler, LP
1000 Louisiana
Suite 2000
Houston, TX 77002-5009

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby                              12.4.07
CLERK                                         DATE

(By) DEPUTY CLERK