UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| QINGDAO HISENSE IMPORT & EXPORT CO., LTD. § § § | |
| VS. § | CIVIL NO. M-07-297 |
| § § | |
| PROGRESSIVE TELECOM, INC. DBA PROGRESSIVE TELECOMMUNICATIONS, INC. § § § | |

## ORDER GRANTING ALTERNATIVE SERVICE

Upon review of Petitioner Qingdao Hisense Import & Export Co., Ltd.'s Motion for Leave for Alternative Service, and for good cause shown, said Motion is hereby granted. Petitioner is granted leave to serve the summons and complaint upon Respondent Progressive Telecom, Inc. dba Progressive Telecommunications, Inc. through the Texas Secretary of State, pursuant to Tex. Bus. Corp. Act art. 2.11(B). Further, Petitioner is directed to do so within twenty (20) business days of the date of this Order.

Further, Petitioner is granted leave to serve Respondent through Frank Herrera, as Registered Agent, at his dwelling or usual place of abode pursuant to Fed.R.Civ.P. 4(h)(1).

Further, Petitioner is directed to serve by regular mail a copy of the summons and complaint to Respondent's owner and president, Art Alaniz, at his dwelling or usual place of abode.

SO ORDERED this 17th day of April, 2008, at McAllen, Texas.

_____
Randy Crane
United States District Judge