• AO 440  (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ Texas

Qingdao Hisense Import & Export Co., l

V.

Progressive Telecom, Inc. dba Progress

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  7:07-cv-00297

TO: (Name and address of Defendant)

Progressive Telecom, Inc
c/o Registered Agent Frank G. Herrera
4206 Lewis Creek Drive
Rosenberg, TX 77469

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

C. Thomas Kruse, Esq.
Baker & Hostetler
1000 Louisiana, Suite 2000
Houston, TX 77002-5009

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint  You must also file your answer with the Clerk of this Court within a reasonable period of time after service

Michael N  Milby

CLERK

(By) DEPUTY CLERK

APR 2 2 2008

DATE

· AO 440  (Rev. 10/93)  Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | **DATE** | 4-28-08 @ 8:58 A.M. |
| **NAME OF SERVER (PRINT)** Ava Bridges | **TITLE** | Private Process Server |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant   Place where served: Progressive Telecom, Inc., c/o Frank G. Harrera Registered Agent - 4206 Lewis Creek Dr., Rosenburg, Tx 71469

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

_____

_____

G   Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on   4-28-08
_____
Date

_Signature of Server_   Ava Bridges

P.O. Box 3746
Houston, Tx 77253
_____
_Address of Server_

United States Courts
Southern District of Texas
FILED

MAY 1 2 2008

Michael N. Milby   Clerk of Court

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure